U.S. Department of Justice
*United States Attorneys*

# United States District Court
## for the Southern District of Florida

FILED BY **SM** D.C.
Nov 7, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

NO. 24-MJ-6521-VALLE

**UNITED STATES OF AMERICA**

v.

JOHN KEVIN LAPINSKI JR. /

Inmate Name: JOHN KEVIN LAPINSKI JR.

Inmate #: BSO Inmate# 162400494

### PETITION WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by its United States Attorney, shows to the Court:

1. A INITIAL APPEARANCE is pending in this Court against JOHN KEVIN LAPINSKI JR. the above styled case, and it is set for as to the defendant on NOVEMBER 13, 2024 at 11:00am at U.S. DISTRICT COURT, 500 E. BROWARD BLVD, FT. LAUDERDALE, FL 33132, MAGISTRATE COURTROOM

2. The defendant is now confined in the BROWARD COUNTY MAIN JAIL at 555 SE 1st Ave. Ft. Lauderdale, FL 33301

3. It is necessary to have the defendant before this Court for a INITIAL APPEARANCE as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the defendant and have the defendant before this Court at the time and place above specified for said INITIAL APPEARANCE and upon completion of all proceedings to return the defendant to the custody of the Warden of the aforesaid penal institution; and also directing the Warden to deliver the defendant into the custody of any United States Marshal for this purpose.

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: *[signature]*

MARC S. ANTON
ASSISTANT UNITED STATES ATTORNEY

cc: U.S. Attorney (AUSA MARC S. ANTON )