U.S. Department of Justice
*United States Attorneys*

# United States District Court
## for the Southern District of Florida

**FILED BY** ____ **SM** ____ **D.C.**

**Nov 7, 2024**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

**NO.** 24-MJ-6521-VALLE

**UNITED STATES OF AMERICA**

**v.**

JOHN KEVIN LAPINSKI JR.          /

**Inmate Name:** JOHN KEVIN LAPINSKI JR.

**Inmate #:** BSO Inmate# 162400494

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

To:    ANY UNITED STATES MARSHAL, and

WARDEN, BROWARD COUNTY JAIL

It appearing from the petition of the United States of America that the defendant in the above case,

JOHN KEVIN LAPINSKI JR. is confined in the BROWARD COUNTY MAIN JAIL at

555 SE 1st Ave. Ft. Lauderdale, FL 33301 and that this case is set for an INITIAL APPEARANCE

as to the defendant at U.S. DISTRICT COURT, 500 E. BROWARD BLVD, FT. LAUDERDALE, FL 33132, MAGISTRATE COURTROOM

NOVEMBER 13, 2024 at 11:00am, and that it is  necessary for the defendant to be before this Court for this proceeding;

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of

JOHN KEVIN LAPINSKI JR. now in custody as aforesaid, under safe and secure conduct, before this

Court at U.S. DISTRICT COURT, 500 E. BROWARD BLVD, FT. LAUDERDALE, FL 33132, MAGISTRATE COURTROOM

by or before, 11:00am M., on NOVEMBER 13, 2024 for a INITIAL APPEARANCE on the criminal charges

pending against the defendant in this case, and upon completion of all proceedings that you return the defendant with all

convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of BROWARD COUNTY MAIN JAIL at

555 SE 1st Ave. Ft. Lauderdale, FL 33301 to deliver into the custody of any United States

Marshal, upon production  to you of a certified copy of this writ, the body of the defendant for safe and secure conduct to this

district for this purpose.

DONE and ORDERED at FT. LAUDERDALE Florida, this 7th day of NOVEMBER ,2024

HON. PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE

cc:    U.S. Attorney (AUSA MARC S. ANTON )
U.S. Marshal (3 certified copies)
Chief Probation Officer